

January 20, 2023

**<u>VIA ECF</u>**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

> IT IS HEREBY ORDERED that the Initial Pretrial Conference is adjourned to **March 15, 2023** at 1:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse.  IT IS FURTHER ORDERED that, to the extent Defendants plan to request a stay of discovery pending disposition of their motion to compel arbitration, they may file a letter-motion, in accordance with the Court's Individual Rules.
>
> SO ORDERED
>
> Dated: January 20, 2023
> New York, New York
>
> _/s/ Jennifer L. Rochon_
> JENNIFER L. ROCHON
> United States District Judge

Re:   <u>Gabay v. Roadway Movers, Inc., et al.</u>, Case No. 22-cv-06901

Dear Judge Rochon:

This law firm represents defendants Roadway Movers, Inc. and Ross Sapir ("Defendants") in the above-referenced action.  Pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice in Civil Cases, we write respectfully to request that the Court adjourn the Initial Pretrial Conference, currently scheduled for February 14, 2023.

We request this adjournment because (i) Defendants' Motion to Compel Arbitration, now pending before the Court, presents threshold questions for the Court's resolution; and (ii) the undersigned counsel is scheduled to begin an arbitration on February 14, 2023, the same day as the Initial Pretrial Conference.  Accordingly, Defendants respectfully request that the Court adjourn the Initial Pretrial Conference *sine die* pending resolution of the Motion to Compel Arbitration.

Plaintiff consents to adjourning the Initial Pretrial Conference to March 14, 15, or 16, or a date thereafter convenient to the Court, to accommodate counsel for Defendants' scheduling.  Counsel for Defendants is available on these dates.  However, Plaintiff does not consent to adjourning the conference until the resolution of the pending Motion to Compel Arbitration.

There has been no previous request to adjourn the Initial Pretrial Conference.

We thank the Court for its attention to this matter.

Respectfully submitted,

_/s/ Andrew L. Kincaid_

Andrew L. Kincaid, Esq.
OVED & OVED LLP
401 Greenwich Street
New York, New York 10013
Tel: (212) 226-2700
akincaid@oved.com
*Attorneys for Defendants*