

March 8, 2023

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

> The request is DENIED.  The Court will address Defendants' motion to stay discovery at the **March 15, 2023** Initial Pretrial Conference.
>
> **SO ORDERED.**
>
> Dated: March 8, 2023
>        New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Gabay v. Roadway Movers, Inc., et al.*, Case No. 22-cv-06901

Dear Judge Rochon:

This law firm represents defendants Roadway Movers, Inc. and Ross Sapir ("Defendants") in the above-referenced action.  Pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice in Civil Cases, we write respectfully to request that the Court adjourn the Initial Pretrial Conference, currently scheduled for March 15, 2023.

We request this adjournment because (i) Defendants' Motion to Compel Arbitration, now pending before the Court, presents threshold questions for the Court's resolution; and (ii) Defendants have requested a stay of discovery pending determination of their Motion to Compel Arbitration.  Accordingly, Defendants respectfully request that the Court adjourn the Initial Pretrial Conference *sine die* pending resolution of the Motion to Compel Arbitration.

Plaintiff does not consent to this request.  The Initial Pretrial Conference was previously adjourned once based on a scheduling conflict in another matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

Andrew L. Kincaid, Esq.
OVED & OVED LLP
401 Greenwich Street
New York, New York 10013
Tel: (212) 226-2700
akincaid@oved.com
*Attorneys for Defendants*